## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: Willingham Investments Inc. | ) |
| | ) |
| | ) CASE NO. 96-07648 |
| | ) CHAPTER 7 |
| Debtor(s). | ) JUDGE Harrison |
| | ) |

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS:** July 2, 2021
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE:**

### NOTICE OF MOTION TO WITHDRAW UNCLAIMED FUNDS

Jeanette Porter has asked the court for the following relief: To receive unclaimed funds

In the amount of $961.98.

**YOUR RIGHTS MAY BE AFFECTED.** If you do not want the court to grant the attached motion by entering the attached order, or if you want the court to consider your views on the motion, then on or before the response date stated above, you or your attorney must:

1. File with the court your response or objection explaining your position. Please note: the Bankruptcy Court for the Middle District of Tennessee requires electronic filing. Any response or objection you wish to file must be submitted electronically. To file electronically, you or your attorney must go to the court website and follow the instructions at: <https://ecf.tnmb.uscourts.gov>.

   If you need assistance with Electronic Filing you may call the Bankruptcy Court at (615) 736-5584. You may also visit the Bankruptcy Court in person at: 701 Broadway, 1st Floor, Nashville, TN (Monday - Friday, 8:00 A.M. - 4:00 P.M.).

1. Your response must state the deadline for filing responses, the date of the scheduled hearing and the motion to which you are responding.

   If a response is filed before the deadline stated above, the hearing will be held at the time and place indicated above. **THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE.** You may check whether a timely response has been filed by viewing the case on the court's website at <https://ecf.tnmb.uscourts.gov>.

   If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter the attached order granting that relief.

Date:                                  Signature: Jeanette Porter
                                       Name: Jeanette Porter
                                       Address: 193 Smith St, Lavalette WV 25535

APPENDIX G
LBR 9013-1 NOTICE FORM

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required documentation was mailed to:

U. S. Attorney for the
Middle District of Tennessee
110 9th Avenue South, Suite A-961
Nashville TN 37203

Debtor's Name and Address:

**WILLINGHAM INVESTMENTS INC**
**5300 MT VIEW RD**
**ANTIOCH TN 37013**

Debtor's Attorney's Name and Address:

**LARRY STEWART**
**STOKES & BARTHOLOMEW**
**424 CHURCH ST STE 2800**
**NASHVILLE, TN 37219**

Original Creditor's Name and Address:

Jeanette Porter
193 Smith St
Lavalette WV 25535

Names and addresses of any other parties served:

U. S. Trustee
701 Broadway Ste 318
Nashville, TN 37203

6/3/2021
(Date)

_Jeanette Porter_ (Signature)

Jeanette Porter
(Name Printed)

193 Smith St
(Street or P O Box Address)

Lavalette
(City)

WV
(State)

25535
(Zip Code)

Application for Payment of Unclaimed Funds

| Debtor 1 | Willingham Investments Inc | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Middle District of Tennessee

Case number: 96-07648

---

Form 1340 (12/19 Modified)

# MOTION TO WITHDRAW UNCLAIMED FUNDS

### 1.  Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the withdrawal of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.  I have fully complied with the requirements of 28 U.S.C. § 2042 and the Instructions for Filing Motion to Withdraw Unclaimed Funds located at www.tnmb.uscourts.gov.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $961.98 |
|---|---|
| Claimant's Name: | Jeanette M Porter |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 193 Smith St<br>Lavalette WV 25535<br>(304) 654-9049 |

### 2.  Movant Information

Movant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

[x]  Movant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☐  Movant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐  Movant is Claimant's representative (*e.g.,* attorney or unclaimed funds locator).

☐  Movant is a representative of the deceased Claimant's estate.

### 3.  Supporting Documentation

[x]  Movant has read the court's instructions for filing a Motion for Unclaimed Funds and is providing the required supporting documentation with this motion.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Movant is the party filing the motion. The Movant and Claimant may be the same.
[3] The Owner of Record is the original payee.

**4. Notice to United States Attorney**

☒ Movant has sent a copy of this motion and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
Middle District of Tennessee
110 9th Avenue South, SuiteA-961
Nashville, TN 37203

---

| **5. Movant Declaration** | **5. Co-Movant Declaration (if applicable)** |
|---|---|
| Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |
| Date: _5-15-21_ | Date: _____ |
| _Jeanette Porter_ | N/A |
| Signature of Movant | Signature of Co-Movant (if applicable) |
| Jeanette Porter | N/A |
| Printed Name of Movant | Printed Name of Co-Movant (if applicable) |
| Address: 193 Smith St Lavalette WV 25535 | Address: |
| Telephone: (304) 654-9049 | Telephone: _____ |
| Email: _____ | Email: _____ |

---

| **6. Notarization** | **6. Notarization** |
|---|---|
| STATE OF _WV_ | STATE OF _____ |
| COUNTY OF _Cabell_ | COUNTY OF _____ |
| This Motion for Unclaimed Funds, dated _5-15-2021_ was subscribed and sworn to before me this _15_ day of _May_, 20_21_ by _Jeanette Porter_ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal. | This Motion for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ____ day of _____, 20____ by _____ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal. |
| (SEAL)    Notary Public _Stephanie Woolfolk_ | (SEAL)    Notary Public _____ |
| My commission expires: 9-3-2022 | My commission expires: |

Official Seal
Notary Public, State of West Virginia
Stephanie Woolfolk
6216 East Gate Road
Huntington WV 25705
My commission expires September 3, 2022

Form 1340/Appendix C          Motion to Withdraw Unclaimed Funds          Page 2

**3:96-bk-07648** WILLINGHAM INVESTMENTS INC
Case type: bk Chapter: 7 Asset: Yes Vol: v Judge: KEITH M. LUNDIN
Date filed: 08/30/1996 Date of last filing: 06/30/2008
Date terminated: 06/30/2008

# Creditors

**AAA COOPER TRANSPORTATION**
PO BOX 6827
DOTHAN, AL 36302-68272

(526629)
(cr)

**AAA LOCK & KEY**
803 SUNSET AVE
MURFREESBORO, TN 37129-20540

(526608)
(cr)

**ABEL, JUNE M**
79 HICKORY HOLLOW PL
ANTIOCH, TN 37013-30127

(526627)
(cr)

**ACORN**
561 MURFREESBORO RD
NASHVILLE, TN 37210-35216

(526632)
(cr)

**ADAMS & WHITEAKER PC**
446 JAMES ROBERTSON PKWY STE 200
NASHVILLE, TN 37219-15335

(526636)
(cr)

**ADF CREDIT CORP**
PO BOX 23287
NEWARK, NJ 07189-00018

(526645)
(cr)

**ADP CREDIT CORP**
PO BOX 23287
NEWARK, NJ 07189-00018

(526633)
(cr)

**ADP DEALER SERVICES**
PO BOX 841052
DALLAS, TX 75284-10525

(526635)
(cr)

**ADP DEALER SERVICES, INC.**
6190 POWERS FERRY RD NW
ATLANTA, GA 30339-29179

(526626)
(cr)

**AF AMERICAN FREIGHTWAYS**
2200 FORWARD DR
HARRISON, AR 72601-20040

(526628)
(cr)

**ALDRIDGE, JACQUELINE**
513 11TH ST
COLUMBIA, TN 38401

(526613)
(cr)

**ALEXANDER, SHATIKA**
604 CARDINAL DR
MURFREESBORO, TN 37130-46060

(526609)
(cr)

PENNZOIL PRODUCTS CO
PO BOX 10386
NEWARK, NJ 07193-03868
(526288)
(cr)

PENNZOIL PRODUCTS COMPANY
PO BOX 2967
HOUSTON, TX 77252-29676
(526241)
(cr)

PERKINS, SHARON
1211 BELL RD #77
NASHVILLE, TN 37013
(526257)
(cr)

PEWITT, RANDY H
910 DRUMMOND DR
NASHVILLE, TN 37211-27161
(526281)
(cr)

PHANTHAVONGSON, P
268 ASH GROVE DR
NASHVILLE, TN 37211-64526
(526293)
(cr)

PHOENIX NETWORK
PO BOX 7047
SAN FRANCISCO, CA 94120-70474
(526291)
(cr)

PIECH, GREG S
1158B OLD PINNACLE RD
JOELTON, TN 37080-48205
(526222)
(cr)

PINKARD, MINNIE L
3209 ZERMATT AVE
NASHVILLE, TN 37211-83450
(526292)
(cr)

PINSON, MARIO L
2122 HILLSBORO DR
NASHVILLE, TN 37215-27062
(526290)
(cr)

PITNEY BOWES CREDIT CORP
PO BOX 85460
LOUISVILLE, KY 40285-54606
(526277)
(cr)

PITNEY BOWES INC
PO BOX 85390
LOUISVILLE, KY 40285-53909
(526278)
(cr)

PLANTS ALIVE
222 FRANKLIN RD
FRANKLIN, TN 37064-22182
(526284)
(cr)

PLUMMER, SHAWN
520 ANDERSON AVE
SMYRNA, TN 37167-47642
(526286)
(cr)

PORCEDDU, PAUL D
1413 BELL TRACE DR
ANTIOCH, TN 37013-43341
(526283)
(cr)

PORTER, JEANETTE
606B HARPETH BEND DR
NASHVILLE, TN 37221-35080
(526261)
(cr)

# U.S. Courts Unclaimed Funds Locator



Court / TNMB

Creditors | 2

 Back To Search

| | Court | Case | Creditor Name | Debtor Name | Amount |
|---|-------|------|---------------|-------------|--------|
| ⧗ | TNMB | 96-07648 | Jeanette Porter | Willingham Investments | $961.96 |

# Expanded Person Search

SSN: 232250128

## JEANETTE PORTER

show alias (13)

**SSN:** 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
*Issued in West Virginia, 1983*

**DOB:** 04/29/1974 (47)

*show other seen DOB (2)*

**Likely Current Address:** 193 SMITH ST, LAVALETTE, WV, 25535 (WAYNE) (04/01/2000-Current)
**Last Seen Email Address:** MINKPORTER1@GMAIL.COM
**Last Seen IP Address:** 24.32.232.78
**Bankruptcies:**
**Liens:** None Found
**Judgments:** None Found
**Foreclosures:** None Found
**Possible Criminal/Infractions:** None Found
**Business Affiliations:** None Found
**Professional Licenses:** None Found

### Address (County/Parish/Borough) History:

193 SMITH ST, LAVALETTE, WV, 25535 (WAYNE) (04/01/2000-Current)

272 PEACH VALLEY RD, GALLATIN, TN, 37066 (SUMNER)

302 FAY CT E, PLEASANT VIEW, TN, 37146 (CHEATHAM) (11/01/2010-11/13/2010)

4135 MOUNT ZION RD, SPRINGFIELD, TN, 37172 (ROBERTSON) (10/20/2010-12/01/2014)

2620 EMERY DR, NASHVILLE, TN, 37214 (DAVIDSON) (12/25/2001-12/25/2010)

4114 HUNTING DR, HERMITAGE, TN, 37076 (DAVIDSON) (03/01/1999-02/20/2009)

323 LORNA DR, NASHVILLE, TN, 37214 (DAVIDSON) (02/01/1998-02/20/2009)

606B HARPETH BEND DR, NASHVILLE, TN, 37221 (DAVIDSON) (06/08/1997-12/31/2001)

3703 HILLDALE DR, NASHVILLE, TN, 37215 (DAVIDSON) (11/11/1994-12/31/1998)

4803 SMITH ST, LAVALETTE, WV, 25535 (WAYNE) (04/12/1994-01/01/1995)

*hide addresses (2)* (07/01/1993-08/29/2020)

### Phone (Last Seen)

C:304-654-9049 (03/01/2020)
NEW CINGULAR WRLS DC
C:615-533-5857 (02/12/2014)
SPRINT SPECTRUM L.P.
R:304-523-9864 (09/04/2020)
FRONTIER WV INC.
R:615-212-0606 (07/01/2016)
BELLSOUTH SO CNTL
C:812-391-0167 (10/01/1998)
OMNIPOINT MIDWEST OP
R:615-712-7699 (07/01/2016)
COMCAST PHONE - TN

### Likely Relatives (R) and Associates

(A):
(R) -RANDY PORTER (47)
(R) -LARRY UHLES (70)
(R) -STELLA PELFREY (77)
(R) -ROBYN PORTER (20)
(R) -TYLER PORTER (23)
(R) -CHRISTOPHER UHLES (45)
(R) -DEBORAH WILSON (50)
(R) -STEPHANIE WOOLFOLK (51)

*show more (17)*

**Possible Email Addresses:** (Last Seen)

**Possible IP Addresses:** (Last



MINKPORTER1@GMAIL.COM(04/17/2018)
MINKPORTER2@AOL.COM

Seen)
24.32.232.78(04/17/2018)
173.80.183.183(10/28/2016)

(Y)    (Y)    (Y)

IDI is not a "consumer reporting agency" and its services do not constitute "consumer reports," as these terms are defined by the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. ("FCRA").
IDI services may not be used in whole or in part as a factor in establishing an individual's eligibility for credit, insurance, employment nor for any other purpose under the FCRA.

© 2021 Interactive Data, LLC. All rights reserved.

## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF TENNESSEE

In re:   Willingham Investments Inc.                    )

                                                        )

         *Debtor(s)*                                    )    Case Number  96-07648

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

   An application having been filed for the Claimant(s),  Jeanette Porter
for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a), and
the application and supporting documentation having established that the Claimant(s) is/are
entitled to the unclaimed funds; accordingly, it is hereby
   ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $  961.98                  held in
unclaimed funds be made payable to     Jeanette Porter
and be disbursed to the payee at the following address:
   193 Smith St., Lavalette WV 25535
                                                                                              .
The Clerk will disburse these funds not earlier than 14 days after entry of this order.