United States Bankruptcy Court
Middle District of Tennessee

In re:  
WILLINGHAM INVESTMENTS INC  
    Debtor

Case No. 96-07648-RSM  
Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0650-3 | User: rww2574 | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 16, 2021 | Form ID: pdf003 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | WILLINGHAM INVESTMENTS INC, 5300 MT VIEW RD, ANTIOCH, TN 37013-7317 |
| aty | + | LARRY STEWART, STOKES & BARTHOLOMEW, 424 CHURCH ST STE 2800, NASHVILLE, TN 37219-2386 |
| cr | + | JEANETTE PORTER, 193 SMITH ST, LAVALETTE, WV 25535-8714 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | + Email/Text: ustpregion08.na.ecf@usdoj.gov | Jun 16 2021 22:43:00 | US TRUSTEE, 701 BROADWAY STE 318, NASHVILLE, TN 37203-3966 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 18, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOHN HAYDEN ROWLAND | on behalf of Plaintiff FIRST TN BANK NA businessbknash@bakerdonelson.com |
| MARC T. MCNAMEE | on behalf of Defendant MAZDA MOTOR OF AMERICA mmcnamee_br@nealharwell.com |
| PETER V. HALL | on behalf of Defendant AHMON WATKINS petervhall@comcast.net |

ROBERT H. WALDSCHMIDT
      on behalf of Plaintiff ROBERT WALDSCHMIDT   rhw@trustesolutions.com;rhw@trustesolutions.net

ROBERT H. WALDSCHMIDT

      trustee@rhwlawoffice.com  rhw@trustesolutions.com;rhw@trustesolutions.net

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT TENNESSEE

IN RE:

WILLINGHAM INVESTMENTS INC     BANKR. CASE NO. 396-07648
CHAPTER 7

DEBTOR.     JUDGE MASHBURN

## NOTICE OF MAILING OF ORDER TO *PRO SE* PARTY(IES)

06/15/2021   288 ORDER by Judge Mashburn : With regard to docket entry # 287, Jeanette Porter filed a Motion to Withdraw Unclaimed Funds. Although the notice accompanying the motion reflects a response deadline of July 2, 2021, movant failed to include the date and time for a hearing as provided by LBR 9013-1. For judicial efficiency in this particular unclaimed funds matter, the Court will set a hearing on this matter only in the event a response is filed by the deadline. In the absence of a timely objection, movant may submit an order granting the motion. (RE: related document(s) 287) (skb) (Entered: 06/15/2021)

I hereby certify a true copy of the Order listed above was mailed to the party or parties listed below, on 6/16/2021

    US TRUSTEE
    701 BROADWAY STE 318
    NASHVILLE TN 37203

    JEANETTE PORTER
    193 SMITH STREET
    LAVALETTE WV 25535

    WILLINGHAM INVESTMENTS INC
    5300 MT VIEW ROAD
    ANTIOCH TN 37013

    LARRY STEWART
    STOKES & BARTHOLOMEW
    424 CHURCH STREET STE 2800
    NASHVILLE TN 37219

                                        /s/ RWW
                                        U.S. BANKRUPTCY COURT

Dated: <u>6/16/2021</u>