# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF TENNESSEE

In re: Willingham Investments Inc. )
)
Debtor(s) ) Case Number 96-07648

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

An application having been filed for the Claimant(s), Jeanette Porter for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a), and the application and supporting documentation having established that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $ 961.98 held in unclaimed funds be made payable to Jeanette Porter and be disbursed to the payee at the following address:
193 Smith St., Lavalette WV 25535.

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT TENNESSEE

IN RE:

WILLINGHAM INVESTMENTS INC     BANKR. CASE NO. 396-07648
CHAPTER 7
DEBTOR.     JUDGE MASHBURN

## NOTICE OF MAILING OF ORDER TO *PRO SE* PARTY(IES)

06/15/2021   288 ORDER by Judge Mashburn : With regard to docket entry # 287, Jeanette Porter filed a Motion to Withdraw Unclaimed Funds. Although the notice accompanying the motion reflects a response deadline of July 2, 2021, movant failed to include the date and time for a hearing as provided by LBR 9013-1. For judicial efficiency in this particular unclaimed funds matter, the Court will set a hearing on this matter only in the event a response is filed by the deadline. In the absence of a timely objection, movant may submit an order granting the motion. (RE: related document(s) 287) (skb) (Entered: 06/15/2021)

I hereby certify a true copy of the Order listed above was mailed to the party or parties listed below, on 6/16/2021

    US TRUSTEE
    701 BROADWAY STE 318
    NASHVILLE TN 37203

    JEANETTE PORTER
    193 SMITH STREET
    LAVALETTE WV 25535

    WILLINGHAM INVESTMENTS INC
    5300 MT VIEW ROAD
    ANTIOCH TN 37013

    LARRY STEWART
    STOKES & BARTHOLOMEW
    424 CHURCH STREET STE 2800
    NASHVILLE TN 37219

                                                           /s/ RWW
                                                           U.S. BANKRUPTCY COURT

Dated: 6/16/2021

Case 3:96-bk-07648    Doc 291    Filed 06/22/21    Entered 06/22/21 14:01:08    Desc Main
Case 3:96-bk-07648    Doc 289    Filed 06/16/21    Entered 06/16/21 12:41:33    Desc Main
Document     Page 2 of 2
Document     Page 1 of 1