_Randal S. Mashburn_
Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 7/6/2021



# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF TENNESSEE

In re:   Willingham Investments Inc.                        )
                                                            )
                    *Debtor(s)*                             )     Case Number   96-07648

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

An application having been filed for the Claimant(s),   Jeanette Porter
for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a), and
the application and supporting documentation having established that the Claimant(s) is/are
entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $  961.98                    held in
unclaimed funds be made payable to   Jeanette Porter
and be disbursed to the payee at the following address:
    193 Smith St., Lavalette WV 25535                                                        .
The Clerk will disburse these funds not earlier than 14 days after entry of this order.

This Order has been electronically
signed. The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.

Case 3:96-bk-07648   Doc 292   Filed 07/06/21   Entered 07/06/21 15:15:52   Desc Main
                    Document      Page 1 of 1